# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLIPSIDE WALLETS LLC,

    *Plaintiff,*

v.

THE BRAFMAN GROUP INC, et al.

    *Defendants.*

CIVIL ACTION

NO. 19-5356

## ORDER

**AND NOW**, this 19th day of March 2020, upon consideration of Plaintiff Flipside's Complaint (ECF No. 1), Defendant Brafman's Motion to Dismiss (ECF No. 7), Flipside's Response (ECF No. 8), and Brafman's Reply (ECF No. 9), it is hereby **ORDERED** that:

1. Brafman's Motion is **GRANTED**;
2. The Court **DENIES** Flipside's request for jurisdictional discovery;
3. The Clerk shall **TRANSFER** this case to the U.S. District Court for the District of New Jersey; and
4. The Clerk shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.